## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:

| | |
|---|---|
| Paul D. LaFollette | Case # 07-60469 |
| Diana L. LaFollette | Chapter 13 |
| Debtors | Judge Preston |

### MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

Now come the Debtors, by and through counsel, and hereby move to modify their confirmed Chapter 13 Plan.

**1. PARTICULAR REFERENCE TO PROVISIONS BEING MODIFIED:**

**GMAC-** the GMAC claim shall be treated as a long term debt pursuant to 11 USC § 1322(b)(5). The debt shall survive the issuance of the discharge issued in this Chapter 13 case. There shall be no further distributions from the Chapter 13 estate on the GMAC claim.

The modification has been necessitated to permit the case to complete and afford the Debtors a discharge of their debts. The proposed modification does not propose to extend the length of the plan.

**2. EFFECT OF MODIFICATION ON CREDITORS AND OTHER PARTIES IN INTEREST:**

The proposed modification affects GMAC by providing that the long term debt shall survive the issuance of the discharge. The modified plan does not adversely affect any other creditors.

**3. LAST CONFIRMATION ORDER:**

This case was originally confirmed on May 23, 2008 (Doc #41). Post confirmation modifications were approved on: June 24, 2010 (Doc #90) and November 17, 2008 (Doc #67). No other post confirmation modifications have since occurred.

**4. PERCENTAGE TO UNSECUREDS:**

The modified plan does not propose to modify the dividend to unsecured claimholders. The confirmed Chapter 13 plan provides for a 0% dividend to unsecured creditors.

**5. THE EFFECT ON MONTHLY PAYMENT:**

The Debtors shall make one additional payment of $150.00 within thirty (30) days of the Order approving the modification. The Debtors estimate that once the plan is modified, based upon the current status of claims filed and payments made, this payment will be sufficient to pay the Chapter 13 Plan in full. The Debtors estimate one month is necessary to complete the proposed modified plan.

/s/ John F. Cannizzaro
John F. Cannizzaro # 0005096
CANNIZZARO, BRIDGES
JILLISKY & STRENG, LLC
302 S. Main Street
Marysville, OH  43040
Telephone: 937-644-9125
Fax: 937-644-0754
jsheets@cfbjlaw.com

/s/ Paul D. LaFollette
Paul D. LaFollette

/s/ Diana L. LaFollette
Diana L. LaFollette

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:

    Paul D. LaFollette                                                                   Case # 07-60469
    Diana L. LaFollette                                                        Chapter 13
                  Debtors                                                                   Judge Preston

## NOTICE OF MOTION

**Paul D. LaFollette and Diana L. LaFollette,** the Debtors herein, have filed papers with the Court on a Motion to Modify Confirmed Chapter 13 Plan.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion/objection**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to:

                United States Bankruptcy Clerk's Office
                170 N. High Street
                Columbus, OH  43215

OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to:

                John F. Cannizzaro
                302 S. Main Street
                Marysville, OH  43040

                Frank M. Pees, Chapter 13 Trustee
                130 E. Wilson Bridge Rd., # 200
                Worthington, OH  43085

                U.S. Trustee's Office
                170 N. High St., Suite 200
                Columbus, OH 43215

     If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief without further hearing or notice.


Date: December 2, 2013

                                      /s/ John F. Cannizzaro
                                      John F. Cannizzaro #0005096
                                      302 S. Main Street
                                      Marysville, OH 43040

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

IN RE:

    Paul D. LaFollette                                                       Case # 07-60469
    Diana L. LaFollette                                                    Chapter 13
                Debtors                                                        Judge Preston

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 2, 2013, a copy of the foregoing <u>Motion to Modify Confirmed Chapter 13 Plan</u> was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Frank M. Pees, Chapter 13 Trustee;
U.S. Trustee's Office;

and on the following by **ordinary U.S. Mail** addressed to:

Paul & Diana LaFollette
2782 Twp Rd 32 South
Bellefontaine, OH  43311

And all parties on the attached matrix

                                                    /s/ John F. Cannizzaro
                                                    JOHN F. CANNIZZARO
                                                    CANNIZZARO, BRIDGES,
                                                    JILLISKY & STRENG, LLC
                                                    Attorneys at Law
                                                    302 S. Main Street
                                                    Marysville, OH  43040
                                                    937-644-9125 telephone
                                                    937-644-0754 fax
                                                    jsheets@cfbjlaw.com

```
Label Matrix for local noticing          (p)ADVANTA                              Advanta Bank Corp., A Utah Industrial Bank
0648-2                                   700 DRESHER RD                          Portfolio Recovery Associates
Case 2:07-bk-60469                       HORSHAM PA 19044-2206                   PO Box 41067
Southern District of Ohio                                                        Norfolk VA 23541-1067
Columbus
Fri Nov 22 15:34:47 EST 2013

Asst US Trustee (Col)                    Bank of America                         Bank of America
Office of the US Trustee                 Nc4-105-03-14                           Po Box 26012
170 North High Street                    4161 Peidmont Pwy                       Nc4-105-03-14
Suite 200                                Greensboro, NC 27420                    Greensboro, NC 27420-6012
Columbus, OH 43215-2417


Bellefontaine Radiological Associates    Bright Prospects, Ltd.                  (p)CAPITAL ONE
P.O. Box 1049                            Bass and Associates PC                  PO BOX 30285
Lima, OH 45802-1049                      3936 E. Ft. Lowell Rd                   SALT LAKE CITY UT 84130-0285
                                         Ste 200
                                         Tucson, AZ 85712-1083


John F Cannizzaro                        Citibank / Sears                        Credit Care
302 South Main Street                    P.O. Box 20363                          c/o Mary Rutan Hospital
Marysville, OH 43040-1556                Kansas City, MO 64195-0363              112 Dowell Ave.
                                                                                 Bellefontaine OH 43311-2375


Direct Merchants Bank                    Discover Bank/DFS Services LLC          Discover Financial
Attn: HSBC Card Member Services          PO Box 3025                             Po Box 3025
Po Box 5246                              New Albany, OH  43054-3025              New Albany, OH 43054-3025
Carol Stream, IL 60197-5246


ECMC                                     Educational Credit Management Corporation   FIA Card Services aka Bank of America
7325 Beaufont Springs                    7325 Beaufont Springs                       by eCAST Settlement Corporation
Suite 200                                Suite 200                                   as its agent
Richmond, VA 23225-5546                  Richmond, VA 23225-5546                     POB 35480
                                                                                     Newark NJ 07193-5480


FairShare Plus                           Fairfield Resorts/Wyndham               Fairshare Vacation Owners Association
P.O. Box 340090                          P.O. Box 98944                          10750 W Charleston Blvd Ste 130
Boston, MA 02241-0490                    Las Vegas, NV 89195-0001                Las Vegas NV 89135-1049


Fia Csna                                 G M A C                                 GEMB / Old Navy
Po Box 17054                             2740 Arthur St                          Po Box 103106
Wilmington, DE 19850-7054                Roseville, MN 55113-1303                Roswell, GA 30076-9106


GMAC                                     GMAC                                    Great Lakes Educational Loan Services, Inc
8101 N. High St  Suite 200               PO BOX 130424                           Attn Claims Filing Unit
Worthington, OH 43235-1406               Roseville, MN 55113-0004                P O Box 8973
                                                                                 Madison, WI  53708-8973


Great Lakes Higher Education             HSBC                                    HSBC Auto Finance
PO Box 7858                              Hsbc Card Srvs Attn: Bankruptcy         Bankruptcy Notices
Madison WI 53707-7858                    Po Box 5213                             PO Box 17909
                                         Carol Stream, IL 60197-5213             San Diego, CA 92177-7909
```

HSBC Bank NA/Direct Merchants Credit Card
Bank NA by eCAST Settlement Corporation
as its agent
POB 35480
Newark NJ 07193-5480

HSBC Bank Nevada and its Assigns
by eCAST Settlement Corporation
as its agent
POB 35480
Newark NJ 07193-5480

Honda Federal C U
1919 Torrance Blvd
Torrance, CA 90501-2722

Honda Federal Credit Union
17655 Echo Dr
Marysville OH 43040-9793

Hsbc/rs Ce
700 N Wood Dale Rd
Wood Dale, IL 60191-1136

Huntington National Bank
ATTN:  B. D. Ralph (NC2W43)
2361 Morse Road
Columbus, OH 43229-5891

Huntington National Bank
P.O. Box 16722
Columbus, OH 43216-6722

Huntington National Bank
P.O. Box 182440
Columbus, OH 43218-2440

Huntington Natl Bk
2361 Morse Road
Columbus, OH 43229-5891

Jc Penney
Ge Money/Attn: Bankruptcy Dept
4125 Windward Plaza, Building 300
Alpharetta, GA 30005-8738

LVNV Funding LLC its successors and assigns
assignee of Citibank
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding LLC its successors and assigns
assignee of Washington Mutual
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Diana L LaFollette
2782 Twp Rd 32 South
Bellefontaine, OH 43311-9735

Paul D LaFollette
2782 Twp Rd 32 South
Bellefontaine, OH 43311-9735

LabCorp
P.O. Box 2240
Burlington, NC 27216-2240

Mary Rutan Hospital
205 Palmer Ave
Bellefontaine, OH 43311-2298

Marysville Obstetrics & Gynecology
150 Morey Dr
Marysville, OH 43040-1646

Memorial Hospital of Union County
P.O. Box 931316
Cleveland, OH 44193-0004

Mid Ohio Radiology
90 Village Point Dr.
Powell, OH 43065-7207

PRA Receivables Management, LLC
PO Box 41067
Norfolk, VA 23541-1067

Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085-2391

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, Fl 33131-1605

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Sears
Citi Corp Credit Services
Po Box 20363
Kansas City, MO 64195-0363

Sears Mastercard
P.O. Box 182786
Columbus, OH 43218-2786

Slm Entities/glelsi
2401 International Ln
Madison, WI 53704-3121

University Reference Labs
Dept 713194
Columbus, OH 43271-3194

Washington Mutual / Providian
Attn: Bankruptcy Dept
Po Box 10467
Greenville, SC 29603-0467

Wells Fargo Financial Bank
Attn Payment Processing
PO Box 14487
Des Moines IA 50306-3487

```
Wf Fin Bank                              Wyndham Vacation Resorts Inc            eCAST Settlement Corp
3201 North 4th Ave                       10750 West Charleston Blvd   Ste 130    Assignee of HSBC Bank Nevada
Sioux Falls, SD 57104-0700               Las Vegas NV 89135-1049                 Bass & Associates, P.C.
                                                                                 3936 E. Ft. Lowell Rd., Suite 200
                                                                                 Tucson, AZ 85712-1083


eCAST Settlement Corporation             eCAST Settlement Corporation assignee of   eCAST Settlement Corporation assignee of
P.O. Box 35480                           FIA Card Services aka Bank of America      GE Money Bank/JC Penney Consumer
Newark, NJ 07193-5480                    POB 35480                                  POB 35480
                                         Newark NJ 07193-5480                       Newark NJ 07193-5480


eCAST Settlement Corporation assignee of eCAST Settlement Corporation successor to
GE Money Bank/Old Navy                   FIA Card Services aka Bank of America
POB 35480                                POB 35480
Newark NJ 07193-5480                     Newark NJ 07193-5480
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Advanta                                  CAPITAL ONE BANK                        (d)Capital 1 Bank
Box 8088                                 C/O TSYS DEBT MANAGEMENT                Attn: C/O TSYS Debt Management
Philadelphia, PA 19101-8088              PO BOX 5155                             Po Box 5155
                                         NORCROSS, GA  30091                     Norcross, GA 30091


Portfolio Recovery Associates, LLC.
POB 41067
NORFOLK VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)The Huntington National Bank          (d)eCAST Settlement Corporation         End of Label Matrix
                                         POB 35480                               Mailable recipients   67
                                         Newark NJ 07193-5480                    Bypassed recipients    2
                                                                                 Total                 69
```